**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandria Barkclay,<br><br>            Plaintiff,<br><br>vs.<br><br>Phoenix College, et al.,<br><br>            Defendant. | No. CV11-1968-PHX-DGC<br><br>**ORDER** |

The Court has received the Ninth Circuit's referral to determine whether Plaintiff's appeal is frivolous or taken in bad faith. Doc. 12. The Court concludes that Plaintiff provided no reasonable basis for a TRO in this Court (see Doc. 7), and that her appeal of the denial of the TRO is therefore frivolous. The Court therefore revokes Plaintiff's in forma pauperis status. If Plaintiff wishes to pursue the action in this Court, she must re-apply for in forma pauperis status.

Dated this 1st day of November, 2011.

David G. Campbell
United States District Judge